UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
PHILLIP WHITTICO,

               Plaintiff,

                                                                           Civil Action No. 09-907
                                                                       (FJS/DRH)

          v.

MICHAEL J. ASTRUE, COMMISSIONER     CONSENT ORDER FOR PAYMENT
OF SOCIAL SECURITY,                             OF FEES PURSUANT TO THE EQUAL
                                                                       ACCESS TO JUSTICE ACT
              Defendant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

      This matter having been opened to the Court by Howard Olinsky for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that Richard S. Hartunian, United States Attorney, and Andreea Lechleitner, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of three thousand two hundred dollars ($3,200) in attorney fees and expenses, the Court having reviewed the record in this matter;

      IT IS on this 6th day of October, 2011;

      ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of three thousand two hundred dollars ($3,200) in attorney fees and expenses. The fees are payable to plaintiff, but if plaintiff does not owe a debt subject to offset, they are payable to the attorney;

      ORDERED that the within matter is dismissed with prejudice.

                                                       _____
                                                       Frederick J. Scullin, Jr., Judge
                   Senior                   United States District Court

The undersigned hereby consent to the form and entry of the within order.

                        Richard S. Hartunian
                        United States Attorney

By:   /s/ Andreea Lechleitner
       Andreea Lechleitner
       Special Assistant U.S. Attorney
       Bar No. 513982

       Olinsky, Shurtliff Law Firm
       300 S. State Street, 5th Floor
       Syracuse, NY 13202

By:   /s/ Howard D. Olinsky
       Howard D. Olinsky
       Attorney for Plaintiff