AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

Northern **DISTRICT OF** New York

| | |
|---|---|
| Phillip C. Whittco | **AMENDED**<br>**JUDGMENT IN A CIVIL CASE** |
| V. | |
| Commissioner of Social Security | Case Number: 5:09-cv-907 |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Plaintiff's motion for entry of judgment is granted and that the final decision of the Commissioner of Social Security dated April 28, 2011 is affirmed and further that pursuant to 42 USC §405(g) judgment is therefore entered in favor of the Plaintiff. All of the above pursuant to an order entered on August 11, 2011.

On May 22, 2012 a motion for attorney's fees was filed pursuant to 42 U.S.C. section 406(b)(1). Pursuant to a Memorandum Decision and Order issued on April 22, 2014, it is Ordered that Plaintiff's motion for attorney's fees is Granted in the amount of $13,050.00 and further that this amount shall be paid to Plaintiff's counsel out of the sums that Defendant has withheld from Plaintiff's past-due benefits, and further that upon receipt Plaintiff's counsel shall refund Plaintiff the previously awarded amount of $3,200.00.

August 11, 2011 and Amended on April 22, 2014
Date

Clerk of Court

(By) Deputy Clerk
s/Barbara J. Woodford